UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>                        Plaintiff,<br><br>     v.<br><br>One 24-Foot Hydro Yacht, hull no. YCU00082K141024, and one aluminum beam boat trailer,<br><br>                        Defendants. | Civil Action No.: 8:19-CV-265 [TJM/CFH] |

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

The United States of America brings this verified complaint for forfeiture *in rem* against the above-captioned assets (the "defendant property") and alleges as follows:

**NATURE OF THE ACTION**

This is an action *in rem* brought pursuant to 19 U.S.C. §§ 1703(a), 1595a(a), and Rule G of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions. Forfeiture is sought of the 24-foot hydro yacht as a vessel fitted for the purpose of being employed to defraud the revenue of the United States or to smuggle merchandise into the United States or into the territory of a foreign government. Forfeiture is sought of the trailer as a thing used in, to aid in, or to facilitate the importation, bringing in, unlading, landing, removal, concealing, harboring or transportation of an article introduced, or attempted to be introduced, into the United States contrary to law.

**THE PARTIES**

1. Plaintiff is the United States of America.

2.     The defendants in this case, which are in the custody of the United States, are one 24-foot Hydro Yacht vessel and one aluminum beam boat trailer.

## JURISDICTION AND VENUE

3.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

4.     This Court has *in rem* jurisdiction over the defendant property pursuant to 28 U.S.C. § 1355(b)(1).

5.     Venue is proper in this district pursuant to 28 U.S.C. §§ 1355 and 1395.

## FACTS

6.     Clyde Cree, the documented owner of the vessel at issue in this case, has previously pleaded guilty to drug trafficking in Canada and is a wanted fugitive in the United States.  On November 9, 2016, he was arrested by the Akwesasne Mohawk Police Service for smuggling drugs along the Snye Channel in Quebec using a 24-foot Hydro Yacht equipped with twin 300-horsepower 2010 Evinrude E-Tec engines.  At the time of his arrest, Clyde Cree was in possession of 50 pounds of marijuana.  Canadian authorities seized both the drugs and the vessel.

7.     This case involves another 24-foot Hydro Yacht, owned by Clyde Cree, equipped with twin 300-horsepower 2010 Evinrude E-Tec engines (hereinafter, "Clyde Cree's yacht").

8.      Clyde Cree's yacht has several features common to smuggling vessels.

   a)     It has a low observable color scheme – a light gray gel coat – making it difficult to see during the day or night.

   b)     It lacks a stern pole light, which is typical for smuggling boats as they tend to operate at night and without proper lighting to avoid detection.

c) It is equipped with twin 300-horsepower Evinrude E-Tec engines, which are more powerful that engines typically found on recreational boats of this size.

d) It has an open deck, center console design with a two-person leaning post, which provides ample space to load, carry, and unload large volumes of cargo.

e) It is outfitted with a 100-gallon fuel tank. Legitimate boat builders typically equip passenger vessels with much smaller fuel tanks for balance and safety purposes.

9. Clyde Cree's yacht, equipped as it was, would not have been viable as a fishing or pleasure boat.

a) Despite being 24-feet in length, it lacks cushioned seating, forward/aft grab rails, and other comforts and safety features typically found on passenger vessels.

b) It has no accommodations or rigging for recreational/sport fishing usage and, when seized, authorities found no fishing or recreational gear on board.

10. Clyde Cree's yacht also had significant damage to the keel and lower bow areas suggesting that it had hit one or more hard objects while operating in shallow water at high speed in reverse.

11. Clyde Cree's yacht does not appear to have been registered with any federal, state, local, or tribal government.

12. The trailer seized with Clyde Cree's yacht does not appear to have been registered with any federal, state, local, or tribal government.

13. Smugglers seldom register vessels and trailers to avoid a paper trail of ownership in case the items are encountered or seized by law enforcement.

14. Clyde Cree's yacht was impounded by the St. Regis Mohawk Tribal Police in late April 2017, as stolen property that no one established ownership of to the satisfaction of tribal

authorities.  The St. Regis Mohawk Tribal Police turned the vessel over to the U.S. Department of Homeland Security (DHS) based on DHS's belief that the vessel – which is identical in all material respects to the one authorities seized from Clyde Cree five months prior – was used to smuggle contraband into the United States.

15. On April 9, 2017, at approximately 7:56 p.m., a Royal Canadian Mounted Police (RCMP) marine unit vessel received an alert from Canadian law enforcement aircraft that Clyde Cree's yacht had been spotted traveling eastbound at a high rate of speed on the St. Lawrence River near the south side of Hamilton Island, Ontario.  The vessel, which was not displaying navigation lights, appeared to be carrying several garbage bags.

16. Five minutes later, at approximately 8:01 p.m., the RCMP observed the same vessel traveling eastbound, without displaying navigation lights, near Ross Island, Ontario.

17. At approximately 8:53 p.m., the RCMP observed Clyde Cree's yacht with two persons on-board along the Canadian shoreline.  Shortly thereafter, the RCMP witnessed several bags being offloaded from the vessel into a van.  When the RCMP attempted to intervene, the vessel backed away from the shoreline.

18. As a RCMP marine unit attempted to stop the vessel, Clyde Cree's yacht collided with the RCMP marine unit causing damage to both boats.  Clyde Cree's yacht fled with two passengers onboard.

19. RCMP recovered contraband bulk tobacco on the land near the van and in the water.

20. Canadian law enforcement aircraft observed Clyde Cree's yacht as it fled the scene and crossed into the United States and made landing at the end of Tony Barnes Road, in Akwesasne, New York.

21. On July 21, 2018 Clyde Cree's brother, Kenneth Cree, filed an administrative claim for Clyde Cree's yacht and trailer. On the claim form, which was filed under penalty of perjury, Kenneth Cree wrote that he is the "sole owner" of both items. In support of his claim, Kenneth Cree attached a document, dated December 7, 2014, and entitled "CERTIFICATE OF ORIGIN FOR WATERCRAFT." That document, which is attached hereto as Exhibit A, actually identifies "Clyde V. Cree" (*i.e.,* Kenneth Cree's fugitive brother) as the sole owner of the 24-foot Hydro Yacht bearing hull number YCU00082K141024.

## CONCLUSION

22. As required by Supplemental Rule G(2)(f), the facts set forth above support a reasonable belief that the government will be able to meet its burden of proof at trial.

WHEREFORE, pursuant to Supplemental Rule G, plaintiff the United States of America, respectfully requests that the Court:

(1) Issue a Warrant of Arrest *In Rem*, in the form submitted with this Complaint;

(2) Direct any person having any claim to the defendant property to file and serve their Verified Claims and Answers as required by 18 U.S.C. § 983(a)(4) and Supplemental Rule G;

(3) Enter judgment declaring the defendant property to be forfeited and condemned to the use and benefit of the United States; and

(4) Award such other and further relief to the United States as it deems proper and just.

Dated: February 25, 2019

Respectfully Submitted,

GRANT C. JAQUITH
United States Attorney

By: */s/ Adam J. Katz*
Adam J. Katz
Assistant United States Attorney
Bar Roll No. 515310

# VERIFICATION

STATE OF NEW YORK )
) ss:
COUNTY OF ESSEX )

Richard L Vogelzang being duly sworn, deposes and states:

I am a Special Agent with Homeland Security Investigations. I have read the foregoing Complaint for Forfeiture and assert that the facts contained therein are true to the best of my knowledge and belief, based upon knowledge possessed by me and/or on information received from other law enforcement officers.

Dated this 22nd day of February, 2019.

_____
Richard L. Vogelzang, Special Agent
Homeland Security Investigations

WANDA L. STEVENSON
Notary Public State of New York
No. 01ST6223231
Qualified in St. Lawrence County
Commission Expires June 7, 20__

Sworn to and subscribed before me this 22nd day of February, 2019.

_____
Notary Public

# EXHIBIT A

# CERTIFICATE OF ORIGIN FOR WATERCRAFT

DATE: December 7, 2014

HULL IDENTIFICATION NUMBER:
YCU 00082 K 14 10

COLOR: Grey
MAKE: 24 ft. Hydro Yacht

OWNER: Clyde V Cree
55 Paul Cree RD
Akwesasne, QC H0M 1A1

Name of Manufacturer, Dealer, Distributer: Hydro Yacht of Akwesasne
Manufacturer Identification Code "YCU"
445 Wade Lafrance Mem. Road
Akwesasne, QC H0M 1A1

THIS MANUFACTURER CERTIFIES THAT THIS PRODUCT COMPLIES WITH THE CONSTRUCTION STANDARDS FOR SMALL VESSELS AS MANDATED BY TRANSPORT CANADA SAFETY AND SECURITY, OFFICE OF BOATING SAFETY. IT IS FURTHER CERTIFIED THAT THIS WAS THE FIRST TRANSFER OF SUCH NEW WATER CRAFT KNOWN AS HYDRO YACHT IN ORDINARY TRADE AND COMMERCE.

Manufacturer of Hydro Yacht

By: _____
(Signature of Authorized Representative)

RECEIVED
AUG 20 2018
CBP JFK

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

### DEFENDANTS
One 24-Foot Hydro Yacht, hull no. YCU00082K141024, and one aluminum beam boat trailer

**(b)** County of Residence of First Listed Plaintiff: **Albany**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Essex**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Adam J. Katz, Assistant U.S. Attorney (518) 431-0247
United States Attorney's Office, 445 Broadway,
Albany, New York 12207

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane / 362 Personal Injury - Med. Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | | 430 Banks and Banking |
| 140 Negotiable Instrument | 365 Personal Injury - Product Liability | 630 Liquor Laws | PROPERTY RIGHTS | 450 Commerce |
| 150 Recovery of Overpayment & Enforcement of Judgment | 320 Assault, Libel & Slander | 640 R.R. & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 368 Asbestos Personal Injury Product Liability | 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 330 Federal Employers' Liability | 660 Occupational Safety/Health | 840 Trademark | 480 Consumer Credit |
| | 340 Marine | [X] 690 Other | | 490 Cable/Sat TV |
| 153 Recovery of Overpayment of Veteran's Benefits | 345 Marine Product Liability / PERSONAL PROPERTY | LABOR | SOCIAL SECURITY | 810 Selective Service |
| 160 Stockholders' Suits | 370 Other Fraud | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 850 Securities/Commodities/Exchange |
| 190 Other Contract | 350 Motor Vehicle / 371 Truth in Lending | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 875 Customer Challenge 12 USC 3410 |
| 195 Contract Product Liability | 355 Motor Vehicle Product Liability / 380 Other Personal Property Damage | 730 Labor/Mgmt.Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 196 Franchise | 360 Other Personal Injury / 385 Property Damage Product Liability | 740 Railway Labor Act | 864 SSID Title XVI | 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | 790 Other Labor Litigation | 865 RSI (405(g)) | 892 Economic Stabilization Act |
| 210 Land Condemnation | 441 Voting / 510 Motions to Vacate Sentence | 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | 893 Environmental Matters |
| 220 Foreclosure | 442 Employment | | 870 Taxes (U.S. Plaintiff or Defendant) | 894 Energy Allocation Act |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations / Habeas Corpus: | | 871 IRS—Third Party 26 USC 7609 | 895 Freedom of Information Act |
| 240 Torts to Land | 530 General | | | |
| 245 Tort Product Liability | 444 Welfare / 535 Death Penalty | IMMIGRATION | | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 290 All Other Real Property | 445 Amer. w/Disabilities - Employment / 540 Mandamus & Other | 462 Naturalization Application | | |
| | 550 Civil Rights | 463 Habeas Corpus - Alien Detainee | | 950 Constitutionality of State Statutes |
| | 446 Amer. w/Disabilities - Other / 555 Prison Condition | 465 Other Immigration Actions | | |
| | 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
19 USC 1703(a) and 1595a(a)

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 02/25/2019
SIGNATURE OF ATTORNEY OF RECORD: s/Adam J. Katz

**FOR OFFICE USE ONLY**

RECEIPT #: **WAIVED**  AMOUNT: _____  APPLYING IFP: _____  JUDGE: **TJM**  MAG. JUDGE: **CFH**