# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>  v.<br><br>One 24-Foot Hydro Yacht, hull no. YCU00082K141024 and one aluminum beam boat trailer,<br><br>        Defendant. | Civil Action No. 8:19-CV-265 (CFH)<br><br>**FINAL ORDER OF FORFEITURE** |

**THIS COURT** having before it the signed Settlement Agreement of the parties to the above-referenced action, and the parties having agreed to its term as indicated by their signatures, it is hereby,

**ORDERED** that all property at issue in this action shall be forfeited to the United States of America, and it is further;

**ORDERED** that the United States shall credit $15,000 toward claimant's money judgment in the Eastern District of New York in *United States v Kenneth Cree,* No. 08-CR-916, and it is further;

**ORDERED** that all parties shall bear their own fees, costs, and expenses, and it is further;

**ORDERED**, that this Court shall retain jurisdiction for the purposes of enforcing the terms of the Settlement Agreement, and it is further;

**ORDERED**, that the Clerk of this Court shall enter a judgment of forfeiture in accordance with the terms of this Order.

Dated: __August 5__, 2019

                                                                         Thomas J. McAvoy
                                                                         Senior, U.S. District Judge