## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>v.<br><br>One 24-Foot Hydro Yacht, hull no. YCU00082K141024 and one aluminum beam boat trailer,<br><br>      Defendant. | Civil Action No. 8:19-CV-265 (CFH)<br><br>**JUDGEMENT IN A CIVIL CASE** |

**WHEREAS**, by virtue of the Final Order of Forfeiture filed with the United States District Court for the Northern District of New York, on ___August 5, 2019___, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the defendant property at issue in the Civil Action, One 24-Foot Hydro Yacht, hull no. YCU00082K141024 and one aluminum beam boat trailer are hereby forfeited to the United States of America to be disposed of in accordance with law.

**ORDERED** that the United States shall credit $15,000 towards the claimant's outstanding Money Judgement in the United States District Court, Eastern District of New York, *United States v Kenneth Cree,* No. 08-CR-916.

8/5/2019
Date

Clerk of Court

s/Kathy Rogers
(By) Deputy Clerk